IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10088
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROEL TREVINO, also known as Roy Trevino,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-197-ALL
- - - - - - - - - -

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.


PER CURIAM:[*]

     Court-appointed counsel for Roel Trevino has moved for leave
to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Our independent review of the
brief, Trevino's response, and the record discloses no
nonfrivolous issue.  Accordingly, the motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the appeal is DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.